# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **(2) SAMUEL VENDRELL SANTIAGO,** <br><br> **Defendant**. | **CRIM. NO. 14-391 (PAD)** |

## ORDER

The Court has evaluated the Report and Recommendation made by U.S. Magistrate Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant [2] Samuel Vendrell-Santiago (Docket No. 708), to which no objection has been filed. The Court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea of defendant is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

This case was referred to the U.S. Probation Officer for preparation of a Presentence Report on March 4, 2015.

The Sentencing Hearing is set for June 17, 2015 at 9:30 AM.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of March, 2015.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge